COLLINS v. EDWARDS

No. 121 PC.

Case below: 21 N.C. App. 455.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 July 1974.

DUGGER v. DEPT. OF TRANSPORTATION

No. 98 PC.

Case below: 21 N.C. App. 346.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 July 1974.

FOUST v. HUGHES

No. 94 PC.

Case below: 21 N.C. App. 268.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 June 1974.

KAMP v. BROOKSHIRE

No. 87 PC.

Case below: 21 N.C. App. 280.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 June 1974.

KAPLAN v. CITY OF WINSTON-SALEM

No. 75 PC.

Case below: 21 N.C. App. 168.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 4 June 1974.